for further proceedings consistent herewith. We do not retain jurisdiction.

729 A.2d 50

LINCOLN HEIGHTS ASSOCIATION, A NON PROFIT CORPORATION OF THE STATE OF NEW JERSEY, PLAINTIFF–APPELLANT, v. TOWNSHIP OF CRANFORD PLANNING BOARD, EDWARDS SUPER FOOD STORE, CRANE REALTY, L.P., AND TOWNSHIP COMMITTEE OF THE TOWNSHIP OF CRANFORD, DEFENDANTS–RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Argued April 21, 1999—Decided May 11, 1999.

Before Judges KING, WALLACE and NEWMAN.

*Jeffrey Kantowitz*, argued the cause for appellant (*Goldberg, Mufson & Spar*, attorneys; *Mr. Kantowitz*, on the brief).

*Brian W. Fahey*, argued the cause for respondent Crane Realty (*Fahey & Fahey*, attorneys; *Mr. Fahey*, on the brief).

*Joseph P. Depa, Jr.*, appeared for respondent Planning Board of the Township of Cranford.

*Albert N. Stender* appeared for respondent, Township Committee of the Township of Cranford.

PER CURIAM.

We affirm for the reasons expressed in Judge Pisansky's well reasoned opinion reported at 314 *N.J.Super.* 366, 714 *A.*2d 995 (Law Div.1998).

Affirmed.